| | |
|---|---|
| 1 | NICOLA T. HANNA |
| 2 | United States Attorney |
| | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
| 7 | ANNABELLE J. YANG, CSBN 276380 |
| | Special Assistant United States Attorney |
| 8 |     Social Security Administration |
| 9 |     160 Spear St., Suite 800 |
| | San Francisco, CA  94105 |
| 10 |     Telephone: (415) 977-8946 |
| 11 |     Facsimile: (415) 744-0134 |
| | Email: annabelle.yang@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JEFFREY MCLEAN, | ) No. 2:20-cv-03587-AGR |
| | ) |
| Plaintiff, | ) [PROPOSED] **JUDGMENT FOR** |
| | ) **REMAND** |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

-1-

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5  **DECREED** that the above-captioned action is remanded to the Commissioner of
6  Social Security for further proceedings consistent with the Stipulation to Remand.

10  DATED: November 4, 2020

*/s/ Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE